# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3557
_____

ANDRA LENARD MCHELLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 8, 2019


PER CURIAM.

AFFIRMED. *See Moreland v. State*, 253 So. 3d 1245 (Fla. 1st DCA 2018); *Bell v. State*, 248 So. 3d 208 (Fla. 1st DCA 2018).

ROWE, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.